# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., S/B/M WACHOVIA MORTGAGE CORPORATION | : | No. 197 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JC BOHLEMAN, A/K/A J.C. BOHLEMAN, LINDA BOHLEMAN, A/K/A LINDA J. BOHLEMAN | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: JC BOHLEMAN | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.